## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02123-RPM-KMT

FREDERICK JOHNSON,

    Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC, a Texas limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

August 28th, 2013    s/Richard P. Matsch
_____  _____
DATE    U.S. DISTRICT JUDGE